**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6235**

MARKEEM TOWNSEND,

Plaintiff - Appellant,

v.

SARAH FISHER; TIFFANY SEWELL; DIOMARIS LUNA-SANCHEZ; SHAWNTAVIA CLIFTON,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:23-cv-03137-PX)

Submitted:  February 19, 2026                    Decided:  February 24, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Markeem Townsend, Appellant Pro Se.  Brittaney Ferrier, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Markeem Townsend appeals the district court's order granting summary judgment to Defendants and denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Townsend v. Fisher*, No. 1:23-cv-03137-PX (D. Md. Mar. 4, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*